E. MARTIN ESTRADA
United States Attorney
MACK E. JENKINS
Assistant United States Attorney
Chief, Criminal Division
FRANCES S. LEWIS (Cal. Bar No. 291055)
THOMAS F. RYBARCZYK (Cal. Bar No. 316124)
Assistant United States Attorneys
Public Corruption & Civil Rights Section
    1500 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-4850/8452
    Facsimile: (213) 894-0141
    E-mail:   frances.lewis@usdoj.gov
            thomas.rybarczyk@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 23-CR-461-MCS |
| Plaintiff, | APPLICATION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM |
| v. | |
| OMAR NAVARRO, | |
| Defendant. | |

    Plaintiff United States of America, by and through its counsel of record, the United States Attorney for the Central District of California and Assistant United States Attorneys Frances S. Lewis and Thomas F. Rybarczyk, hereby requests the Court to order that a Writ of Habeas Corpus Ad Prosequendum be issued for defendant OMAR NAVARRO ("defendant") who is now detained at the Men's Central Jail, 441 Bauchet St., Los Angeles, California 90012, in the custody of the Warden, Sheriff, or Jailor of said institution.

    Defendant is requested to be present for an initial appearance on October 13, 2023, at 1:00 p.m. in Courtroom 640, Roybal Federal

1  Building, 255 East Temple Street, Los Angeles, California, on the
2  criminal indictment filed in this matter, charging him with
3  conspiracy, in violation of 18 U.S.C. § 371, wire fraud, in violation
4  18 U.S.C. § 1343, falsification of records, in violation of 18 U.S.C.
5  § 1519, and prohibited use of campaign contributions, in violation of
6  52 U.S.C. §§ 30109(d) and 30114(b)(1), after which he shall be
7  returned to state custody for an upcoming state appearance on October
8  24, 2023.
9       Defendant is further request to be returned to federal court for
10 a status conference on November 11, 2023, at 3:00 p.m. in Courtroom
11 7C, First Street Courthouse, 350 W. 1st Street, Los Angeles,
12 California 90012, for a status conference in the above-captioned
13 case, after which he shall be returned to state custody, to the
14 extent state custody has not been terminated in this case.
15      In order to secure defendant's presence, it is necessary that a
16 Writ of Habeas Corpus Ad Prosequendum be issued commanding the
17 Warden, Sheriff or Jailor to produce the defendant in said court on
18 the dates and times specified above, and at such other dates as may
19 be necessary incident to this case.
20      WHEREFORE, the government respectfully requests that the Court
21 issue an order directing the issuance of a Writ of Habeas Corpus Ad
22 Prosequendum under the seal of this Court, commanding the Warden,
23 Sheriff or Jailor specified above, to produce the defendant in the
24 United States District Court for the Central District of California
25 at the specified times and places, and at the termination of the
26 //
27 //
28

hearings, return him to the custody of said Warden, Sheriff, or Jailor.

Dated: October 4, 2023				Respectfully submitted,

							E. MARTIN ESTRADA
							United States Attorney

							MACK E. JENKINS
							Assistant United States Attorney
							Chief, Criminal Division


							       /s/
							FRANCES S. LEWIS
							Assistant United States Attorney

							Attorneys for Plaintiff
							UNITED STATES OF AMERICA

*Memorandum*

| Subject: | Date: |
|---|---|
| AUSA REQUEST FOR TRANSFER/ WRIT OF HABEAS CORPUS | October 4, 2023 |

| To: | From: |
|---|---|
| DAVID SINGER<br>United States Marshal<br>U.S. Marshal's Service | FRANCES S. LEWIS<br>THOMAS F. RYBARCZYK<br>Assistant United States Attorney<br>(213) 894-4850/8452 |

The following identifying information is submitted in order to expedite the execution of the attached request from the U.S. Attorney's Office or Writ of Habeas Corpus. If you have any questions, please contact the Assistant U.S. Attorney indicated above.

| PRISONER INFORMATION | | | |
|---|---|---|---|
| NAME: | OMAR NAVARRO | | |
| AKAs: | N/A | SEX: | MALE |
| DOB or Age: | 01/09/1989 | RACE: | HISPANIC |
| **PENDING FEDERAL CHARGES** | | | |
| Charges: | 18 U.S.C. 371, 1343, 1519, 52 USC 30109, 30114 | | |
| Case#: | 23-CR-461-MCS | | |
| **INSTITUTION'S INFORMATION** | | | |
| NAME: | Men's Central Jail | | |
| Location of Institution: | 441 Bauchet St, Los Angeles, CA 90012 | Phone: | (213) 974-4921 |
| OTHER INFO RE HANDLING OF PRISONER: | 1st transfer for PIA 10/13/23 then return to state custody 2nd transfer for status conference 11/13/23 then return to state custody | | |
| Booking # | 6673601 | | |

**THIS MEMO SHOULD BE ATTACHED TO THE AUSA REQUEST/WRIT**