E. MARTIN ESTRADA
United States Attorney
MACK E. JENKINS
Assistant United States Attorney
Chief, Criminal Division
FRANCES S. LEWIS (Cal. Bar No. 291055)
THOMAS F. RYBARCZYK (Cal. Bar No. 316124)
Assistant United States Attorneys
Public Corruption & Civil Rights Section
     1500 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-4850/8452
     Facsimile: (213) 894-0141
     E-mail:    frances.lewis@usdoj.gov
                thomas.rybarczyk@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. 23-CR-461-MCS |
|---|---|
| Plaintiff, | WRIT OF HABEAS CORPUS AD PROSEQUENDUM |
| v. | |
| OMAR NAVARRO, | |
| Defendant. | |

THE PRESIDENT OF THE UNITED STATES OF AMERICA

TO:  The Warden, Sheriff or Jailor of the Men's Central Jail, in the City of Los Angeles, State of California, and to any United States Marshal.

GREETING

   WE COMMAND that you produce and deliver the body of defendant OMAR NAVARRO "defendant," who is now in your custody:

   1.  Before the Honorable Brianna Mircheff, United States Magistrate Judge, Roybal Federal Building, Courtroom 341, 255 East Temple Street, Los Angeles, California, on October 13, 2023, at 1:00

p.m., in order that defendant may then and there be arraigned and enter a plea at said time and place;

    2.   Before the Honorable Mark C. Scarsi, United States District Judge, Courtroom 7C, First Street Courthouse, 350 W. 1st Street, Los Angeles, California 90012, in order to appear for a status conference in the case at said time and place;

and also at such other times as may be ordered by the Court.

    The delivery of the body of defendant to the courtroom of the aforementioned United States District Court and the return by you of defendant to your custody shall be deemed sufficient compliance with this writ.

DATE

_____
                                             CLERK
                                             UNITED STATES DISTRICT COURT
                                             CENTRAL DISTRICT OF CALIFORNIA

                                             BY:
_____
                                             DEPUTY CLERK