# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| USA<br><br>Plaintiff(s),<br><br>v.<br><br>OMAR NAVARRO, et al.<br><br>Defendant(s). | CASE NUMBER:<br><br>2:23-cr-00461-MCS<br><br>**NOTICE TO FILER OF DEFICIENCIES IN ELECTRONICALLY FILED DOCUMENT** |

**PLEASE TAKE NOTICE:**

The following problem(s) have been found with your filed document:

Date Filed:   __10/4/2023__

Document No.:   __35__

Title of Document:   __Miscellaneous Document by USA__

**ERROR(S) WITH DOCUMENT:**

Incorrect event selected. Correct event to be used is: APPLICATION: Writ of Habeas Corpus ad Prosequendum.

Filer should have used ONLY USDC official forms G-09 application, proposed order and proposed writs.

The attached writ named as "supplement' erroneously names "THE PRESIDENT OF THE UNITED STATES OF AMERICA" on line 19.

Obtain cited official forms at court's website

Other:

Note: To assist in a search for correct events, please use the "SEARCH" option for a "key word" to narrow the selection process

**Note:**   In response to this notice, the Court may: 1) order an amended or corrected document to be filed; 2) order the document stricken; or 3) take other action as the Court deems appropriate. You need not take any action in response to this notice unless and until the Court directs you to do so.

Clerk, U.S. District Court

Dated: __October 4, 2023__        By: __/s/ Linda Chai  Linda_Chai@cacd.uscourts.gov__
                                    Deputy Clerk

cc: *Assigned District Judge and/or Magistrate Judge*

**Please refer to the Court's website at www.cacd.uscourts.gov for Local Rules, General Orders, and applicable forms.**

G–112A(08/22) NOTICE TO FILER OF DEFICIENCIES IN ELECTRONICALLY FILED DOCUMENTS