E. MARTIN ESTRADA
United States Attorney
MACK E. JENKINS
Assistant United States Attorney
Chief, Criminal Division
FRANCES S. LEWIS (Cal. Bar No. 291055)
THOMAS F. RYBARCZYK (Cal. Bar No. 316124)
Assistant United States Attorneys
Public Corruption & Civil Rights Section
    1500 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-4850/8452
    Facsimile: (213) 894-0141
    E-mail:   frances.lewis@usdoj.gov
             thomas.rybarczyk@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. 23-CR-461-MCS-1 |
|---|---|
| Plaintiff, | ORDER RE: WRIT OF HABEAS CORPUS AD PROSEQUENDUM (ECF No. 33) |
| v. | |
| OMAR NAVARRO, | |
| Defendant. | |

Based upon the application of plaintiff United States of America and for good cause shown, IT IS HEREBY ORDERED that a Writ of Habeas Corpus Ad Prosequendum issue for defendant OMAR NAVARRO as requested by the government.

IT IS SO ORDERED.

DATED: October 6, 2023

*/s/ Mark C. Scarsi*
_____
HONORABLE MARK C. SCARSI
UNITED STATES DISTRICT JUDGE