E. MARTIN ESTRADA
United States Attorney
MACK E. JENKINS
Assistant United States Attorney
Chief, Criminal Division
THOMAS F. RYBARCZYK (Cal. Bar No. 316124)
Public Corruption & Civil Rights Section
Assistant United States Attorney
    1500 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-8452
    Facsimile: (213) 894-0141
    E-mail:    thomas.rybarczyk@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>OMAR NAVARRO,<br>DORA ASGHARI, and<br>ZACHARIAS DIAMANTIDES-ABEL,<br><br>    Defendants. | No. CR 23-461-MCS<br><br>NOTICE OF APPEARANCE FOR PLAINTIFF UNITED STATES OF AMERICA |
|---|---|

Plaintiff United States of America hereby advises the Court that Assistant United States Attorney ("AUSA") Thomas F. Rybarczyk (email: thomas.rybarczyk@usdoj.gov) has been added as an attorney of record for the government in this matter. The clerk is respectfully requested to make all necessary changes to the Court's Case Management/Electronic Case Filing system to ensure that

///

///

///

AUSA Rybarczyk is associated with this case and receives all e-mails and notices relating to filings in this case.

Dated: October 12, 2023              Respectfully submitted,

                                                E. MARTIN ESTRADA
United States Attorney

MACK E. JENKINS
Assistant United States Attorney
Chief, Criminal Division


                                                */s/ Thomas F. Rybarczyk*
THOMAS F. RYBARCZYK
Assistant United States Attorney

Attorneys for Plaintiff
UNITED STATES OF AMERICA