UNITED STATES DISTRICT COURT CENTRAL DISTRICT OF CALIFORNIA
## CRIMINAL MINUTES – ARRAIGNMENT

| | |
|---|---|
| Case No. 2:23-cr-00461-MCS | Date: 10/13/2023 |
| Present: The Honorable: Brianna Fuller Mircheff | |
| Interpreter N/A | Language N/A |
| Eddie Ramirez | 10/13/2023 | Thomas Rybarczyk |
| *Deputy Clerk* | *Court Reporter / Recorder* | *Assistant U.S. Attorney* |

U.S.A. v. Defendant(s)   ✓ Present   In Custody       Attorneys for Defendants:   ✓ Present   CJA

Omar Navarro                                           Evans, David R.

**Proceedings:** Arraignment of Defendant and/or   ✓ Assignment of Case   Appointment of Counsel

* Defendant states true name is the name on the charging document.
* Defendant is arraigned under name on charging document.
* Defendant acknowledges having read charging document and discussed it with counsel.
* Defendant pleads "not guilty" to all counts of the charging document.
* This case is assigned to Judge Mark C. Scarsi.
* It is ordered that the following date(s) and time(s) are set: Jury Trial: 12/5/2023 8:30 AM; Status Conference: 11/27/2023 3:00 PM
* The parties are referred to Judge Scarsi's Procedures and Schedules to obtain a copy of the judge's criminal standing order located on the Court's website at www.cacd.uscourts.gov. Judge Scarsi is located in 7C, Los Angeles - United States Courthouse, 350 W 1st Street, CA 90012-4565.

cc:  PSALA         PSAED          PSASA            Appointment of Counsel: 00 : 00
     ✓ USMLA      USMED          USMSA            Arraignment: 00 : 05
     Statistics Clerk             Interpreter      Initials of Deputy Clerk: ER by TRB
     ✓ CJA Supervising Attorney   Fiscal