Submit this form by e-mail to:

CrimIntakeCourtDocs-LA@cacd.uscourts.gov   For Los Angeles criminal duty.
CrimIntakeCourtDocs-SA@cacd.uscourts.gov   For Santa Ana criminal duty.
CrimIntakeCourtDocs-RS@cacd.uscourts.gov   For Riverside criminal duty.

FILED

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

2023 OCT 13 AM 10: 21
CLERK U.S. DISTRICT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY: _____

| UNITED STATES OF AMERICA | | CASE NUMBER: |
|---|---|---|
| V. | PLAINTIFF | 2:23-cr-00461-MCS |
| OMAR NAVARRO, | | REPORT COMMENCING CRIMINAL ACTION |
| USMS# 81224-510 | DEFENDANT | |

TO: CLERK'S OFFICE, U.S. DISTRICT COURT

All areas must be completed. Any area not applicable or unknown should indicate "N/A".

1. The defendant was arrested in this district on October 12, 2023 at 01:00 ☐ AM ☒ PM
   or
   The defendant was arrested in the _____ District of _____ on _____ at _____ ☐ AM ☐ PM

2. The above named defendant is currently hospitalized and cannot be transported to court for arraignment or any other preliminary proceeding:   ☐ Yes   ☒ No

3. Defendant is in U.S. Marshals Service lock-up (in this court building):   ☒ Yes   ☐ No

4. Charges under which defendant has been booked:

   18 USC 371 WIRE FRAUD, 18 USC 1343 FALSIFICATION OF RECORDS, 18 USC 1519 AND TITLE 52 30101

5. Offense charged is a:   ☒ Felony   ☐ Minor Offense   ☐ Petty Offense   ☐ Other Misdemeanor

6. Interpreter Required:   ☒ No   ☐ Yes   Language: _____

7. Year of Birth: 1989

8. Defendant has retained counsel:   ☒ No
   ☐ Yes   Name: _____   Phone Number: _____

9. Name of Pretrial Services Officer notified: DUTY OFFICER

10. Remarks (if any): _____

11. Name: G. GURROLA   (please print)

12. Office Phone Number: 213-620-7676

13. Agency: USMS

14. Signature: *GUSTAVO GURROLA*

15. Date: 10/13/2023

CR-64 (09/20)                REPORT COMMENCING CRIMINAL ACTION