E. MARTIN ESTRADA
United States Attorney
MACK E. JENKINS
Assistant United States Attorney
Chief, Criminal Division
FRANCES S. LEWIS (Cal. Bar No. 291055)
THOMAS F. RYBARCZYK (Cal. Bar No. 316124)
Assistant United States Attorneys
Public Corruption & Civil Rights Section
     1500 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-4850/8452
     Facsimile: (213) 894-0141
     E-mail:   frances.lewis@usdoj.gov
               thomas.rybarczyk@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 23-461-MCS-1 |
| Plaintiff, | JOINT STATUS REPORT AS TO DEFENDANT OMAR NAVARRO |
| v. | Status Conference: November 27, 2023, at 3:00 p.m. |
| OMAR NAVARRO, | |
| Defendant. | Trial Date: December 5, 2023, at 8:30 a.m. |

　　　Plaintiff United States of America, by and through its counsel of record, the United States Attorney for the Central District of California and Assistant United States Attorneys Frances S. Lewis and Thomas F. Rybarczyk, and defendant OMAR NAVARRO ("defendant"), by and through his counsel of record, David R. Evans, Esq., having met and conferred by phone on October 25, 2023, hereby file this Joint Report pursuant to the Court's Standing Order for Criminal

Cases.

## I.   Status of Discovery

On September 14, 2023, a grand jury indicted defendant for conspiracy, wire fraud, falsification of records, and prohibited use of campaign contributions.  Defendant was arraigned on October 13, 2023.  Pursuant to this Court's Criminal Standing Order, the government produced and made available to defendant discovery within its possession on October 18, 2023.  To date, the government has produced thousands of pages of discovery, including Federal Election Commission reports, social media posts, recordings of several interviews, and court-related documents for defendant OMAR NAVARRO, among other things.  The government intends to produce additional material to defendant in the following month, including material that contains sensitive personal identifying information that will require a protective order for production.  The parties hope to reach agreement on the terms of a protective order soon and, in the event that no agreement can be reached, the government will seek the entry of a protective order from the Court.  Additionally, the government anticipates that it will receive and/or obtain additional discoverable material related to this investigation, which it will produce promptly to defendant.

Defendant has not yet produced any discovery to the government.

## II.   Discovery Disputes

The parties have not presently identified any contested matter of discovery and inspection.  Each party reserves the right to raise issues as they arise.

///

///

**III. Anticipated Pretrial Motions**

The parties have not presently identified any anticipated motions, but each party reserves the right to raise issues as they arise.

**IV. Trial Date**

The parties do not expect to proceed on the current December 5, 2023 trial date. The parties anticipate filing a joint stipulation to continue the trial date.

**V. Anticipated Length of Trial**

To the extent the case proceeds to trial against all defendants charged and does not resolve by plea agreement, the government expects its case-in-chief will last approximately six to seven days.

Dated: October 27, 2023         Respectfully submitted,

                                E. MARTIN ESTRADA
                                United States Attorney

                                MACK E. JENKINS
                                Assistant United States Attorney
                                Chief, Criminal Division


                                 /s/ Thomas F. Rybarczyk
                                FRANCES S. LEWIS
                                THOMAS F. RYBARCZYK
                                Assistant United States Attorney

                                Attorneys for Plaintiff
                                UNITED STATES OF AMERICA


Dated: October 27, 2023
                                /s/ via authorization
                                DAVID R. EVANS, ESQ.

                                Attorney for Defendant
                                OMAR NAVARRO