UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - GENERAL**

| Case No. | 2:23-cr-00461(A)-MCS-1 | Date | June 25, 2025 |
|---|---|---|---|

| Present: The Honorable | MARK C. SCARSI, UNITED STATES DISTRICT JUDGE |
|---|---|
| Interpreter | N/A |

| Stephen Montes Kerr | CourtSmart | Thomas F. Rybarczyk, Francis S. Lewis, and Juan Rodriguez |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| Omar Navarro | X | | X | David R. Evans | X | X | |

**Proceedings:**    **CHANGE OF PLEA**

Defendant moves to change his plea to a First Superseding Indictment.  The Plea Agreement is incorporated onto the record of the proceeding.

Defendant is sworn.

Defendant enters a new and different plea of GUILTY to Count 5.

The Court advises the defendant of his Constitutional rights and questions the defendant regarding the plea of GUILTY. The Court finds there is an independent factual basis for the plea and further finds the plea is made freely, intelligently, and voluntarily, and with a full understanding of the nature of the charges, the consequences of the plea and of defendant's Constitutional rights. The Court accepts the plea and orders that the plea be entered.

The Court refers the defendant to the Probation Office for investigation and a complete report and the matter is continued to **October 20, 2025, at 3:00 p.m.** for sentencing.

The Court vacates the status conference and jury trial date for this defendant, as well as, as all pending motions in limine.

The Court, with the concurrence of the Government, allows the defendant to remain on bond and advises of the consequences of a violation of terms and conditions or a failure to appear.

| | : | 32 |
|---|---|---|
| Initials of Deputy Clerk | | SMO |

cc:  USPO